IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00804-BNB

VERNON R. KITTLES, (CALEA) #40292-004,
MR. JOSEPH WASHINGTON, S.I.A., and
MR. STROMILE SWIFT, F.B.I. Agent,

      Plaintiffs,

v.

HARLEY G. LAPPIN,
WARDEN WILEY,
MR. JONES, O.A. Warden, and
MRS. DIANNA KRIST, S.I.A.,

      Defendants.

_____

## ORDER OF DISMISSAL

_____

      Plaintiff, Vernon R. Kittles, is a prisoner in the custody of the United States

Bureau of Prisons who currently is incarcerated at the United States Penitentiary,

Administrative Maximum, in Florence, Colorado. He initiated this action by submitting

*pro se* a complaint that only he had signed. The Court reviewed the complaint and

determined it was deficient. Therefore, in an order filed on April 21, 2008, Magistrate

Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and

directed Plaintiffs, Mr. Kittles, Mr. Joseph Washington, and Mr. Stromile Swift, to cure

certain deficiencies in the case within thirty days if each Defendant wished to pursue his

claims.

      The April 21, 2008, order pointed out that Plaintiffs failed either to pay the

$350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 from each of them. The April 21 order also pointed out that Plaintiffs failed to submit their complaint on the proper Court-approved form, that they each failed to sign the complaint, that they failed to provide an address for each Plaintiff and each Defendant, and that sufficient copies to serve each Defendant had not been received by the Court. The order warned Plaintiffs that if they failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On April 28, 2008, the copy of the April 21, 2008, order mailed to Mr. Kittles was returned to the Court as undeliverable in an envelope stamped "Refused" and "Name & Reg. # do not match." On April 29, 2008, the Court issued a minute order directing the clerk of the Court to remail the April 21 order to Mr. Kittles and allowing him and the remaining Plaintiffs an additional thirty days in which to cure the designated deficiencies. Plaintiffs have failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this _12_ day of _____ June _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-00804-BNB

Vernon Kittles
Reg. No. 40292-004
ADX - Florence
PO Box 8500
Florence, CO 81226-8500


    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___6|12|8___

GREGORY C. LANGHAM, CLERK


By:_____*Angie*_____
        Deputy Clerk